# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MELHAM,<br><br>*Plaintiff,*<br><br>v.<br><br>KEVIN ESPOSITO, individually and in his capacity as Township Manager and Tax Assessor of the Township of Belleville, THE TOWNSHIP OF BELLEVILLE, and JANE/JOHN DOES 1 through 50,<br><br>*Defendants.* | Civil No.: 2:15-cv-03244 (KSH) (CLW)<br><br><br><br>**<u>ORDER</u>** |

**THIS MATTER** having come before the Court on plaintiff Melham's Rule 60(b) motion to vacate his voluntary dismissal (D.E. 49); the Court having fully considered the parties' written submissions; and for the reasons expressed in the opinion filed herewith,

**IT IS** on this 30th day of November, 2018,

**ORDERED** that Melham's motion to vacate his voluntary dismissal is DENIED; and it is further

**ORDERED** that defendants shall refile their Rule 11 motion on or before December 21, 2018.  Melham shall file his opposition on or before January 4, 2019.

Defendants' reply, if any, shall be due January 11, 2019.  No extensions to this briefing schedule will be granted.

/s/ Katharine S. Hayden  
Katharine S. Hayden, U.S.D.J.